Court of Kings county denying motion for reargument affirmed. Order granting motion for further bill of particulars reversed, with ten dollars costs and disbursements. In view of the pleadings as framed, a further bill of particulars is unnecessary, and the order granting it unauthorized. Plaintiff relies solely upon the agreement of indebtedness arising from the statement and settlement of accounts and the promise to pay the amount so ascertained. The defendant in his answer contents himself with denying the settlement and promise, without undertaking to impeach the accounts with reference to which the settlement was arrived at. His special defenses do not touch the question here involved. (*Wells* v. *Van Aken*, 39 Hun, 315; *Herbert* v. *Hellbut*, 119 App. Div. 426.) Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Thomas Hobbis, as Ancillary Administrator, etc., of Charles E. Hill, Deceased, Appellant, v. George M. Curtis and The National Nassau Bank, Respondents.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

Alison M. Lederer, Appellant, v. Field and Fancy Publishing Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Mamaroneck Sound Side Real Estate Company, Respondent, v. John L. Hannan and Others, Appellants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: The evidence is insufficient to charge the defendants Hannan and Wagner with responsibility for the accident, and as to them the judgment and order of the County Court of Westchester county are reversed and a new trial ordered, with one bill of costs to both, to abide the event, and as to the appellant Mayer the judgment and order are unanimously affirmed, with costs. Present — Jenks, P. J., Carr, Rich and Putnam, JJ.

Nahoum A. Mokarzel, Appellant, v. Saada Rihani Mokarzel, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

James A. Murphy, as President of Local Union No. 1 of the United Association of Plumbers and Gas Fitters, Steam Fitters, Steam Fitters' Helpers of the United States and Canada, Sprinklers and Sprinkler Fitters' Helpers, Respondent, v. Edward W. Leonard and Others, Appellants. — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Dora Pines, Respondent, v. Sadie Novick and Others, Defendants, Impleaded with Eagle Savings and Loan Company, Appellant. (Appeal No. 1.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows:

Appeal dismissed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Dora Pines, Respondent, v. Sadie Novick and Others, Defendants, Impleaded with Eagle Savings and Loan Company, Appellant.— (Appeal No. 3.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Appeal from so much of the order as denies motion to vacate judgment and for reargument of motion to open default dismissed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

John Adikes and Thomas Adikes, Appellants, v. The Long Island Railroad Company, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order reversed, with ten dollars costs and disbursements, on authority of *Merrihew* v. *Kingsbury* (150 App. Div. 40), and motion granted upon payment of costs to date of motion, and upon the further condition that plaintiffs consent to try the cause at the June term if defendant so elects. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Alexander Dezendorf, an Infant, etc., Respondent, v. John F. Poppke, Doing Business under the Firm Name and Style, etc., Appellant.— Although defendant did not seek a bill of particulars till on the eve of trial, there is no evidence that plaintiff had been harmed by such delay, since if ready to go to trial plaintiff must know what he is undertaking to prove, and, hence, can give the particulars asked for. Mere laches, without other prejudice to plaintiff, is not a sufficient ground to deny such application. (*Convery* v. *Marrin*, 128 App. Div. 265.) The order of the County Court of Kings county denying motion for a bill of particulars on the ground of laches is, therefore, reversed, with ten dollars costs and disbursements. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Caroline E. Douglas, Respondent, v. The City of New York, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

James Garofano, as Administrator, etc., Respondent, v. Vincenzo Covino and Sabino Guarino, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Agnes J. Gorman, an Infant, by Margaret J. Gorman, Her Guardian ad Litem, Respondent, v. H. M. Le Roy, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for change of venue to Sullivan county granted, without costs. (See *Pinkus* v. *United Cloak & Suit Co.*, 124 App. Div. 535.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Margaret J. Gorman, Respondent, v. H. M. Le Roy, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for change of venue to Sullivan county granted, without costs. (See *Pinkus* v. *United Cloak & Suit Co.*, 124 App. Div. 535.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.